In the Matter of the Claim of CARL BERNHARDT, Respondent, against CURTISS-WRIGHT CORPORATION et al., Appellants, and SPENCER LENS CO. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon JJ.